Argued September 18, 1973. *Irwin Lee Gross,* with him *Nissenbaum, Gross and Rudolph,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Carter, Appellant.

Argued December 10, 1973. *Rudolph S. Pallastrone,* for appellant; *John Isom,* Assistant District Attorney, with him *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Carter, Appellant.

Submitted December 3, 1973. *William F. Ochs, Jr.,* for appellant; *Grant E. Wesner,*

Deputy District Attorney, and *Robert L. Van-Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Christobal, Appellant.

Submitted December 10, 1973. *I. Robert Shapiro,* for appellant; *Dean L. Foote,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Clark, Appellant.

Argued December 10, 1973. *David Freeman,* for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Cooper, Appellant.